Gaby ANTOUN AKL, Petitioner,

v. .

IMMIGRATION AND NATURALIZATION SERVICE, Respondent.

No. 00–70707.
INS No. A27 414 581.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 1, 2002.

Decided May 1, 2002.

Before PREGERSON and TROTT, Circuit Judges, and FITZGERALD,* District Judge.

## MEMORANDUM **

Gaby Antoun Akl appeals a decision of the Board of Immigration Appeals finding him removable. The Board found petitioner removable for having been convicted for selling cocaine, a controlled substance offense and an aggravated felony.

We have no jurisdiction to review the final order of removal in this case. *Muril-*

able for decision without oral argument. *See* Fed.R.App.P. 34(a).

2. Honorable Charles R. Weiner, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

* The Honorable James M. Fitzgerald, Senior District Judge for the District of Alaska, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

*lo–Espinoza v. INS,* 261 F.3d 771 (9th Cir.2001).

PETITION DENIED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Richard F. Cebull, United States District Judge for the District of Montana, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.